Grant Kaiser
The Kaiser Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001
Telephone: 713-223-0000
Facsimile: 713-223-0440
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-0795 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Lillian Vick, et al.,<br><br>　　　　　　　　Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named therein

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

only with each side bearing its own attorneys' fees and costs.

DATED: 3/10, 2010   By: _____

**THE KAISER FIRM, L.L.P.**
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001
Telephone: 713-223-0000
Facsimile: 713-223-0440

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010   By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Attorneys for Pfizer Inc*

DATED: _____, 2010   By: _____

**PATTERSON AND WAGNER**
7550 IH 10 West, Suite 500
San Antonio, TX 78229
Telephone: 210-979-7555
Facsimile: 210-979-9141

*Attorneys Leo K. Edwards M.D.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1 | only with each side bearing its own attorneys' fees and costs.

DATED: _____, 2010    By:_____

**THE KAISER FIRM, L.L.P.**
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001
Telephone: 713-223-0000
Facsimile: 713-223-0440

*Attorneys for Plaintiffs*

DATED: _____, 2010    By:_____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Attorneys for Pfizer Inc*

DATED: 2/24, 2010    By: [signature]

**PATTERSON AND WAGNER**
7550 IH 10 West, Suite 500
San Antonio, TX 78229
Telephone: 210-979-7555
Facsimile: 210-979-9141

*Attorneys Leo K. Edwards M.D.*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: APR - 5 2010

[signature]
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE